U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

APR 0 9 2007

ROBERT H. SHEMWELL, CLERK
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| HARDY ANDERSON,<br>       Plaintiff | CIVIL ACTION<br>NO. CV05-0932-A |
| VERSUS | |
| TIM WILKERSON,<br>       Defendant | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Wilkerson's motion for summary judgment is GRANTED and Anderson's action is DISMISSED WITH PREJUDICE as untimely.

THUS ORDERED AND SIGNED in Chambers at _ALEXANDRIA_, Louisiana, on this _5th_ day of _April_, 2007.

                                        _____
                                        DEE D. DRELL
                                        UNITED STATES DISTRICT JUDGE