U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 24 2009

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HARDY ANDERSON,<br>    Plaintiff | CIVIL ACTION<br>NO. CV05-0932-A |
| VERSUS | |
| TIM WILKERSON,[1]<br>    Defendant | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Wilkinson's motion for summary judgment is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 24th day of March, 2009.

                                          DEE D. DRELL
                                    UNITED STATES DISTRICT JUDGE

---

[1] Anderson misspelled Warden Wilkinson's name as "Wilkerson," which appears in the caption of this case.